UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILIP ERNEST DEBLASIO,<br><br>                              Plaintiff,<br><br>     -against-<br><br>THE CITY OF NEW YORK,<br><br>                            Defendant. | 25-cv-5266 (LTS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the July 2, 2025, order, the Court dismisses the complaint without prejudice under the PLRA's "three-strikes" rule. *See* 28 U.S.C. § 1915(g). Plaintiff remains barred from filing any future action IFP while he is in custody, unless he is under imminent threat of serious physical injury.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  July 8, 2025
           New York, New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                             Chief United States District Judge